Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

FREDERICK OSANN, etc., Respondent, v. JONES MOTROLA, INC., and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

FREDERICK OSANN, etc., Respondent, v. JONES MOTROLA, INC., and Another, Appellants.— Motion to file security, and for a stay, denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

JOHN PALMIERI, Respondent, v. CLARA KATZENBERG, Appellant.— Motion to dismiss appeal denied, on condition that appellant perfect the appeal for Friday, May 16, 1924 (for which date this case is set down) and be ready for argument when reached; otherwise, the case is set down for the October, 1924, term. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN J. WILLIAMS and SAM HARRIS, Appellants.— Motion to vacate order dismissing appeal denied, on the ground that the moving affidavit fails to show any merit in the appeal. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

THE RECTOR, CHURCH WARDENS AND VESTRY OF CHRIST'S CHURCH AT PELHAM, Respondent, v. THOMAS A. F. COLLETT, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning and Kapper, JJ.; Young, J., taking no part.

ANGELO VECCHIANE, Respondent, v. LLOYD BRAZILIERO COMPANY and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ANGELO VECCHIANE, Respondent, v. LLOYD BRAZILIERO COMPANY and Others, Appellants.— Motion for stay denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ELIAS WILKENFELD and Another, Copartners, etc., Respondents, v. THE EBLING BOTTLING CO., INC., Appellant.— Motion to dismiss appeal denied, without costs. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ABRAHAM R. ZALDIN, Appellant, v. HOME FIRE AND MARINE INSURANCE COMPANY, Respondent.— Motion to dismiss appeal denied. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

CARL BAUER, Respondent, v. MAX SCHWARTZ, Appellant.— Order affirmed, without costs. No opinion. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur.

EMMA BROOKS, as Administratrix, etc., of STANLEY GEORGE BROOKS, Deceased, Appellant, v. TANGERINE GARDENS, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

WOLF DRABINSKY, Appellant, v. THE SEA GATE ASSOCIATION, Respondent.— Judgment unanimously affirmed, with costs, upon the opinion of Mr. Justice Benedict at Special Term. [Reported in 121 Misc. Rep. 195.] Present — Kelly, P. J., Jaycox, Manning, Kelby and Young, JJ.

GEORGE RINGLER & COMPANY, Respondent, v. FRED HOLLENDER & COMPANY, Appellant.— Judgment reversed on the law, and new trial granted, costs to abide the event, for error in the exclusion of evidence at folio 217 of the record, in view of the charge of the trial justice that authority in the treasurer to sign the notes